THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HENRY CHIMINO, Appellant.

Argued June 4, 1946; decided July 23, 1946.

*DeSilver Drew* for appellant.

*John S. Marsh, District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.